335 P.3d 1118

**Alvaro Gonzalez ACOSTA et ux**

v.

**KIEWIT–SUNDT.**

**No. CV–14–0058–PR.**

Supreme Court of Arizona.

Sept. 23, 2014.

¶ 1 ORDERED: Petition for Review = DENIED.

¶ 2 FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.